**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PLAQUEMINES PARISH | CIVIL ACTION |
| VERSUS | NO. 18-5240 |
| APACHE OIL CORPORATION, et al | SECTION: "I" (5) |

**O R D E R**

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a). The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this 29th day of May, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE



5/29/18
REALLOTTED TO
**SECT. J**